# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROGRESS RAIL SERVICES CORP., and PROGRESS RAIL LOCOMOTIVE INC. <br><br> *Plaintiffs*, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORP., and WABTEC RAILWAY ELECTRONICS, INC., <br><br> *Defendants*. | Case No. 1:23-cv-00983-CFC |

**PLAINTIFFS' MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs Progress Rail Services Corp. and Progress Rail Locomotive Inc. (collectively "Plaintiffs") respectfully requests an exemption from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following trial support staff may bring their personal electronic devices, including cellular phones, smart phones, laptop computers, smart watches, and tablet computers (along with monitors, computer mice, charging devices, power cords, extension cords, USB drives, HDMI matrix, MiFi/Hotspot devices) to the pre-trial set up on February 20, 2026 and trial from February 23, 2026 through February 27, 2026 in this matter:

| Paralegals and Admin Staff | | | |
|---|---|---|---|
| Bonnie Powell | Shannon Hamlin | Brian K. Jackson | |

Lead Counsel will continue to be bound by Federal Rule of Criminal

Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Amy B. Manning                          By: */s/ Tyler E. Cragg*
Angelo M. Russo                              Matthew F. Davis (#4696)
Sarah A. Zielinski                           Jesse L. Noa (#5015)
MCGUIREWOODS LLP                             Tyler E. Cragg (#6398)
77 West Wacker Drive, Suite 4100             Hercules Plaza
Chicago, IL 60601                            P.O. Box 951
(312) 849-8100                               Wilmington, DE 19899
                                             (302) 984-6000
David E. Finkelson                           mdavis@potteranderson.com
Wrede H. Smith, III                          jnoa@potteranderson.com
MCGUIREWOODS LLP                             tcragg@potteranderson.com
888 16th Street NW, Suite 500
Washington, DC 20006                    *Counsel for Progress Rail Services Corp.*
(202) 857-1700                          *and Progress Rail Locomotive Inc.*

Joshua D. Wade
Andriana Shultz Daly
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-1000

Dated:  February 13, 2026

2

IT IS SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Colm F. Connolly
Chief Judge, U.S. District Court